ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dwrenn@grsm.com

*Attorneys for Defendants,*
*KRM, Inc, d.b.a Thomas Keller Restaurant Group and*
*KVP, LP d.b.a. Bouchon Restaurant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO HARO III, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> KRM, INC, d.b.a THOMAS KELLER RESTAURANT GROUP, a Foreign Corporation; and TK MANAGEMENT, LLC, a Foreign Limited Liability Company; and TK LAS VEGAS, LLC d.b.a "BOUCHON AT THE VENETIAN", a Foreign Limited Liability Company, <br><br> Defendants. | CASE NO.: 2:20-cv-02113-APG-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** <br> **(First Request)** |

Pursuant to Local Rule 7-1, Defendants KRM, Inc, d.b.a Thomas Keller Restaurant Group ("KRM") and KVP, LP d.b.a. Bouchon Restaurant (erroneously named as TK Las Vegas, LLC d.b.a. "Bouchon at the Venetian") ("KVP") (collectively, "Defendants"), by and through their attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP, and Plaintiff Fernando Haro III, *in proper person*, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint on November 16, 2020 [ECF No. 1].

2. Plaintiff filed his First Amended Complaint on February 22, 2021 ("FAC") [ECF No. 9].

3. On April 19, 2021, Plaintiff filed an Application for Entry of Clerk's Default against Defendant TK Las Vegas, LLC d.b.a. Bouchon at the Venetian ("Application") [ECF No. 14].

4. On May 3, 2021, KVP filed its Objection to Plaintiff's Application ("Objection") [ECF No. 15].

5. In its Objection, KVP argued that Plaintiff's service on TK Las Vegas, LLC was not in accordance with the Federal Rules of Civil Procedure, and Plaintiff's improper service was for an entity that Plaintiff knew was not the "entity through which [TKRG] operates 'Bouchon at the Venetian' […]." *See* ECF No. 15.

6. On May 12, 2021, the Court issued its Order Denying Application for Entry of Clerk's Default ("Order") [ECF No. 17].

7. Pursuant to the Court's Order, the Court set the deadline for Defendants to file their responses to the Plaintiff's Complaint as June 21, 2021. *See* ECF No. 17.

8. The Court further ordered the Parties to meet and confer regarding whether a stipulation to amend the First Amended Complaint would be necessary to identify the correct entities. *Id*.

9. The Parties conferred via electronic mail regarding amendment of the operative complaint per the Court's directive.

10. The Parties shall submit a stipulation and proposed order to amend Plaintiff's First Amended Complaint solely to properly identify the named defendant-entities on or before June 24, 2021.

11. Defendants request additional time to file their response(s) to the operative complaint up to and including July 2, 2021.

12. This extension is sought to allow sufficient time for the Parties to file and receive an order from the Court on the forthcoming stipulation to amend the First Amended Complaint, and for Plaintiff to subsequently file the related Second Amended Complaint.

13. Plaintiff does not oppose Defendants' requested extension(s).

14. Accordingly, Defendants will file their response(s) to Plaintiff's SAC no later than July 2, 2021.

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

15. This stipulation is not made for purposes of delay.

**IT IS SO STIPULATED**.

DATED this 21ˢᵗ day of June 2021.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*KRM, Inc, d.b.a Thomas Keller Restaurant Group and KVP, LP d.b.a. Bouchon Restaurant*

DATED this 21ˢᵗ day of June 2021.

**FERNANDO HARO III**

*/s/ Fernando Haro*
FERNANDO HARO III
P.O. Box 81972
Las Vegas, NV 89180
*Plaintiff In Proper Person*

**IT IS SO ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 22, 2021