1  FERNANDO HARO III
2  P.O. BOX 81972
   LAS VEGAS, NV 89180
3  (702) 918-1910
4  fernando.haro.iii@gmail.com

5  PROPER PERSON

6              **UNITED STATES DISTRICT COURT**

7                    **DISTRICT OF NEVADA**

8  | | |
   |---|---|
   | FERNANDO HARO III, an individual; | CASE NO.: 2:20-cv-02113-APG-DJA |
   | Plaintiff, | |
   | vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS** |
   | KRM, INC. d.b.a. "THOMAS KELLER RESTAURANT GROUP", a foreign corporation; and KVP, LP d.b.a. "BOUCHON AT THE VENETIAN," a foreign Limited Liability Company; | |
   | Defendants. | |

   *Pro se* Plaintiff Fernando Haro III ("Plaintiff") and Defendants KRM, Inc, d.b.a. Thomas Keller Restaurant Group and KVP, LP d.b.a. Bouchon Restaurant (collectively, "Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

   1. Plaintiff filed his Complaint on November 16, 2020.

   2. Plaintiff filed his First Amended Complaint on February 21, 2021.

   3. Pursuant to Court Order [ECF No. 17], Defendants deadline to file their responses to Plaintiff's First Amended Complaint was June 21, 2021.

   4. On June 21, 2021, the parties filed a stipulation to extend Defendants deadline to file their responses to July 2, 2021, which the Court granted.  ECF Nos. 18 & 19.

   5. On June 30, 2021, Plaintiff filed a Second Amended Complaint.  ECF No. 22.

STIPULATION AND PROPOSED ORDER TO EXTEND TIME         1

6. On July 2, 2021, Defendants filed their respective Special Motions to Dismiss Plaintiff's Second Amended Complaint ("Motions"). ECF Nos. 26 & 27.

7. Plaintiff's deadline to respond to Defendants' Motions is July 19, 2021.

8. Plaintiff avers that he needs additional time to locate, organize, and review relevant documents and prepare the appropriate responses. Plaintiff requests additional time to file his two responses up to and including August 27, 2021.

9. There are currently no scheduled hearings in this case. Plaintiff's sought extension will not unduly delay the proceedings.

10. Defendants do not oppose Plaintiff's requested extension.

11. Accordingly, Plaintiff shall have until August 27, 2021, to file responses to Defendants Motions.

12. This stipulation is not made for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of July 2021

**GORDON REES SCULLY MANSUKHANI**

/s/ Dione C. Wrenn

DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants*

DATED this 16th day of July 2021

**FERNANDO HARO III**

/s/ Fernando Haro

FERNANDO HARO III
P.O. Box 81972
Las Vegas, NV 89180
*Plaintiff in Proper Person*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

July 23, 2021
DATED

STIPULATION AND PROPOSED ORDER TO EXTEND TIME    2