FERNANDO HARO III
P.O. BOX 81972
LAS VEGAS, NV 89180
(702) 918-1910
fernando.haro.iii@gmail.com

PROPER PERSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO HARO III, an individual;<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KRM, INC. d.b.a. "THOMAS KELLER RESTAURANT GROUP", a foreign corporation; and KVP, LP d.b.a. "BOUCHON AT THE VENETIAN," a foreign Limited Liability Company;<br><br>　　　　　　　Defendants. | CASE NO.: 2:20-cv-02113-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS**<br><br>**SECOND REQUEST** |

　　　　*Pro se* Plaintiff Fernando Haro III ("Plaintiff") and Defendants KRM, Inc, d.b.a. Thomas Keller Restaurant Group and KVP, LP d.b.a. Bouchon Restaurant (collectively, "Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

　　　　1.　　Plaintiff filed his Complaint on November 16, 2020.

　　　　2.　　Plaintiff filed his First Amended Complaint on February 21, 2021.

　　　　3.　　Pursuant to Court Order [ECF No. 17], Defendant's deadline to file their responses to Plaintiff's First Amended Complaint was June 21, 2021.

　　　　4.　　On June 21, 2021, the parties filed a stipulation to extend Defendant's deadline to file their responses to July 2, 2021, which the Court granted.  ECF Nos. 18 & 19.

　　　　5.　　On June 30, 2021, Plaintiff filed a Second Amended Complaint.  ECF No. 22.

STIPULATION AND PROPOSED ORDER TO EXTEND TIME　　　　1

6. On July 2, 2021, Defendants filed their respective Special Motions to Dismiss Plaintiff's Second Amended Complaint ("Motions"). ECF Nos. 26 & 27.

7. Plaintiff's initial deadline to respond to Defendants' Motions was July 19, 2021.

8. On July 19, 2021, the parties jointly submitted a stipulation to extend Plaintiff's deadline to file responses to Defendants' Motions to August 27, 2021. ECF No. 30. On July 23, 2021, this Court granted the stipulation. ECF No. 31.

9. Plaintiff avers that he needs additional time to locate, organize, and review relevant documents and prepare the appropriate responses.

10. There are currently no scheduled hearings in this case. Plaintiff's sought extension will not unduly delay the proceedings.

11. Defendants do not oppose an extension up to and including September 17, 2021.

12. Accordingly, Plaintiff shall have until September 17, 2021, to file responses to Defendants' Motions.

**IT IS SO STIPULATED.**

DATED this 23rd day of August 2021                     DATED this 23rd day of August 2021

**GORDON REES SCULLY MANSUKHANI**                      **FERNANDO HARO III**

*/s/ Dione C. Wrenn*                                    */s/ Fernando Haro*

DIONE C. WRENN, ESQ.                                   FERNANDO HARO III
Nevada Bar No. 13285                                   P.O. Box 81972
300 South 4th Street, Suite 1550                       Las Vegas, NV 89180
Las Vegas, Nevada 89101                                ***Plaintiff in Proper Person***
***Attorneys for Defendants***

**IT IS SO ORDERED.**

                                                                                        8/26/2021
_____                     _____
**ANDREW P. GORDON**                                   **DATED**
**UNITED STATES DISTRICT JUDGE**