# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FERNANDO HARO, III,

    Plaintiff,

v.

THOMAS KELLER RESTAURANT GROUP, et al.,

    Defendants.

Case No.: 2:20-cv-02113-APG-DJA

**Order**

On September 16, 2021, the Court received a phone call from Plaintiff seeking an extension to file his past-due Early Neutral Evaluation Statement. Plaintiff is reminded that pursuant to the Local Rules, *ex parte* communications with the Court are prohibited. Local Rule IA 7-2(b). Such requests must be made by appropriate filing with the Court. However, as a one-time courtesy, the Court will allow Plaintiff a brief extension to submit his Early Neutral Evaluation Statement for consideration. Plaintiff must submit a hard copy of his Early Neutral Evaluation Statement, meeting the requirements laid out in Docket No. 29, to the undersigned's box in the Clerk's Office **not later than 3:30 pm on September 17, 2021.**

    IT IS SO ORDERED.

    Dated: September 16, 2021

                                              Nancy J. Koppe
                                              United States Magistrate Judge