FERNANDO HARO III
P.O. BOX 81972
LAS VEGAS, NV 89180
(702) 918-1910
fernando.haro.iii@gmail.com

PROPER PERSON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO HARO III, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KRM, INC. d.b.a. "THOMAS KELLER RESTAURANT GROUP", a foreign corporation; and KVP, LP d.b.a. "BOUCHON AT THE VENETIAN," a foreign Limited Liability Company;<br><br>Defendants. | CASE NO.: 2:20-cv-02113-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO ALLOW TIME FOR DISCOVERY**<br><br>**(First Request)** |

      Pursuant to Local Rule IA 7-1, Plaintiff Fernando Haro III, *in proper person*, and Defendants KRM, Inc, d.b.a Thomas Keller Restaurant Group ("KRM") and KVP, LP d.b.a. Bouchon at the Venetian ("Bouchon") (collectively, "Defendants"), by and through their attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP, hereby stipulate and agree as follows:

      1.      On October 14, 2021, Plaintiff filed a Motion to Allow Time For Discovery Pursuant to Rule 56(d). ECF No. 43.

      2.      On October 28, 2021, Defendants filed their response in Opposition to Plaintiff's Motion to Allow Time for Discovery Pursuant to Rule 56(d). ECF No. 44.

1

3. The deadline for Plaintiff to file a reply in support of his Motion to Allow Time for Discovery was November 4, 2021.

4. Due to illness, Plaintiff was unable to file his reply on November 4, 2021.

5. Plaintiff requests a one (1) week extension to November 11, 2021 to file his reply.

6. There are currently no scheduled hearings in this case. Plaintiff's sought extension will not unduly delay the proceedings.

7. Defendants do not oppose an extension up to and including November 11, 2021.

8. Accordingly, Plaintiff shall have until November 11, 2021, to file his reply in support of his Motion to Allow Time For Discovery.

DATED this 5th day of November 2021          DATED this 5th day of November 2021

**GORDON REES SCULLY MANSUKHANI**          **FERNANDO HARO III**

*/s/ Dione C. Wrenn*          */s/ Fernando Haro*

ROBERT S. LARSEN, ESQ.          FERNANDO HARO III
Nevada Bar No. 7785          P.O. Box 81972
DIONE C. WRENN, ESQ.          Las Vegas, NV 89180
Nevada Bar No. 13285          *Plaintiff in Proper Person*
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*KRM, Inc, d.b.a. Thomas Keller Restaurant*
*Group and KVP, LP d.b.a. Bouchon at the Venetian*

**IT IS SO ORDERED**
_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: November 8, 2021

2