FERNANDO HARO III
P.O. BOX 81972
LAS VEGAS, NV 89180
(702) 918-1910
fernando.haro.iii@gmail.com

*IN PROPER PERSON*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO HARO III, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KRM, INC. d.b.a. "THOMAS KELLER RESTAURANT GROUP", a foreign corporation; and KVP, LP d.b.a. "BOUCHON AT THE VENETIAN," a foreign Limited Liability Company;<br><br>Defendants. | CASE NO.: 2:20-cv-02113-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLIES IN SUPPORT OF MOTIONS TO STRIKE DEFENDANT'S REPLIES TO THEIR MOTIONS TO DISMISS**<br><br>**(First Request)** |

Pursuant to Local Rule IA 7-1, Plaintiff Fernando Haro III, *in proper person*, and Defendants KRM, Inc, d.b.a Thomas Keller Restaurant Group ("KRM") and KVP, LP d.b.a. Bouchon at the Venetian ("Bouchon") (collectively, "Defendants"), by and through their attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP, hereby stipulate and agree as follows:

1. On January 12, 2022, Plaintiff filed Motions to Strike Defendants' Replies to their Motions to Dismiss. ECF No. 57 & 58.

2. On January 25, 2022, Defendants filed their responses in Opposition to Plaintiff's Motion to Strike Replies to their Motions to Dismiss. ECF No. 64 & 65.

1

3. The deadline for Plaintiff to file a reply in support of his Motions to Strike is February 1, 2022.

4. Due to illness, Plaintiff is unable to file his replies by February 1, 2022.

5. Plaintiff requests a one (1) week extension to February 8, 2022, to file his replies.

6. There are currently no scheduled hearings in this case and Plaintiff's sought extension will not unduly delay the proceedings.

7. Defendants do not oppose an extension up to and including February 8, 2022.

8. Accordingly, Plaintiff shall have until February 8, 2022, to file his reply in support of his Motion for Leave to File Declaration and Additional Evidence.

DATED this 31st day of January 2022              DATED this 31st day of January 2022

**GORDON REES SCULLY**                           **FERNANDO HARO III**
**MANSUKHANI**

*/s/ Dione C. Wrenn*                             */s/ Fernando Haro*

ROBERT S. LARSEN, ESQ.                           FERNANDO HARO III
Nevada Bar No. 7785                              P.O. Box 81972
DIONE C. WRENN, ESQ.                             Las Vegas, NV 89180
Nevada Bar No. 13285                             *Plaintiff in Proper Person*
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*KRM, Inc, d.b.a. Thomas Keller Restaurant*
*Group and KVP, LP d.b.a. Bouchon at the Venetian*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED**:  February 2, 2022

2