FERNANDO HARO III
P.O. BOX 81972
LAS VEGAS, NV 89180
(702) 918-1910
fernando.haro.iii@gmail.com

*IN PROPER PERSON*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO HARO III, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KRM, INC. d.b.a. "THOMAS KELLER RESTAURANT GROUP", a foreign corporation; and KVP, LP d.b.a. "BOUCHON AT THE VENETIAN," a foreign Limited Liability Company;<br><br>Defendants. | CASE NO.: 2:20-cv-02113-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION TO FILE DECLARATION AND ADDITIONAL EVIDENCE**<br><br>**(First Request)** |

Pursuant to Local Rule IA 7-1, Plaintiff Fernando Haro III, *in proper person*, and Defendants KRM, Inc, d.b.a Thomas Keller Restaurant Group ("KRM") and KVP, LP d.b.a. Bouchon at the Venetian ("Bouchon") (collectively, "Defendants"), by and through their attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP, hereby stipulate and agree as follows:

1.   On January 10, 2022, Plaintiff filed a Motion for Leave to File Declaration and Additional Evidence. ECF No. 55.

2.   On January 24, 2022, Defendants filed their response in Opposition to Plaintiff's Motion to File Declaration and Additional Evidence. ECF No. 62.

1

3. The deadline for Plaintiff to file a reply in support of his Motion for Leave to File Declaration and Additional Evidence is January 31, 2022.

4. Due to illness, Plaintiff is unable to file his reply by January 31, 2022.

5. Plaintiff requests an extension to February 8, 2022, to file his reply.

6. There are currently no scheduled hearings in this case and Plaintiff's sought extension will not unduly delay the proceedings.

7. Defendants do not oppose an extension up to and including February 8, 2022.

8. Accordingly, Plaintiff shall have until February 8, 2022, to file his reply in support of his Motion for Leave to File Declaration and Additional Evidence.

DATED this 31st day of January 2022　　　　　　DATED this 31st day of January 2022

**GORDON REES SCULLY MANSUKHANI**　　　　　　**FERNANDO HARO III**

*/s/ Dione C. Wrenn*　　　　　　　　　　　　　　*/s/ Fernando Haro*
_____　　　　　　_____
ROBERT S. LARSEN, ESQ.　　　　　　　　　　FERNANDO HARO III
Nevada Bar No. 7785　　　　　　　　　　　　　P.O. Box 81972
DIONE C. WRENN, ESQ.　　　　　　　　　　Las Vegas, NV 89180
Nevada Bar No. 13285　　　　　　　　　　　　*Plaintiff in Proper Person*
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*KRM, Inc, d.b.a. Thomas Keller Restaurant*
*Group and KVP, LP d.b.a. Bouchon at the Venetian*

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED**: February 2, 2022

2