FERNANDO HARO III
P.O. BOX 81972
LAS VEGAS, NV 89180
(702) 918-1910
fernando.haro.iii@gmail.com

*IN PROPER PERSON*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO HARO III, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KRM, INC. d.b.a. "THOMAS KELLER RESTAURANT GROUP", a foreign corporation; and KVP, LP d.b.a. "BOUCHON AT THE VENETIAN," a foreign Limited Liability Company;<br><br>Defendants. | CASE NO.: 2:20-cv-02113-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLIES IN SUPPORT OF MOTIONS TO STRIKE DEFENDANT'S REPLIES TO THEIR MOTIONS TO DISMISS**<br><br>**(Second Request)** |

Pursuant to Local Rule IA 7-1, Plaintiff Fernando Haro III, *in proper person*, and Defendants KRM, Inc, d.b.a Thomas Keller Restaurant Group ("KRM") and KVP, LP d.b.a. Bouchon at the Venetian ("Bouchon") (collectively, "Defendants"), by and through their attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP, hereby stipulate and agree as follows:

1. On January 12, 2022, Plaintiff filed Motions to Strike Defendants' Replies to their Motions to Dismiss. ECF No. 57 & 58.

1

2. On January 25, 2022, Defendants filed their responses in Opposition to Plaintiff's Motion to Strike Replies to their Motions to Dismiss. ECF No. 64 & 65.

3. The initial deadline for Plaintiff to file a reply in support of his Motions to Strike was February 1, 2022.

4. Due to illness, Plaintiff was unable to file his replies by February 1, 2022.

5. Plaintiff requested a one (1) week extension to February 8, 2022, to file his replies.

6. Due to continued illness, Plaintiff is unable to file his replies by February 8, 2022.

7. Plaintiff requests an additional one (1) week extension to February 15, 2022, to file his replies.

8. There are currently no scheduled hearings in this case and Plaintiff's sought extension will not unduly delay the proceedings.

9. Defendants do not oppose an extension up to and including February 15, 2022.

10. Accordingly, Plaintiff shall have until February 15, 2022, to file his reply in support of his Motion for Leave to File Declaration and Additional Evidence.

//

//

//

//

//

//

//

//

//

2

DATED this 8th day of February 2022

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*
_____
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*KRM, Inc, d.b.a. Thomas Keller Restaurant Group and KVP, LP d.b.a. Bouchon at the Venetian*

DATED this 8th day of February 2022

**FERNANDO HARO III**

*/s/ Fernando Haro*
_____
FERNANDO HARO III
P.O. Box 81972
Las Vegas, NV 89180
*Plaintiff in Proper Person*

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED**:  February 9, 2022

3