**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO HARO III, an individual, | Case No.: 2:20-cv-02113-APG-DJA |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 43, 51, 55, 57, 58] |
| KRM, INC. AND KVP, LP | |
| Defendants | |

In light of my order on the defendants' motion to dismiss (ECF No. 79),

I ORDER that all related pending motions **(ECF Nos. 43, 51, 55, 57, 58) are DENIED as moot.**

DATED this 1st day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE