FERNANDO HARO III
P.O. BOX 81972
LAS VEGAS, NV 89180
(702) 918-1910
fernando.haro.iii@gmail.com

*IN PROPER PERSON*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO HARO III, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KRM, INC. d.b.a. "THOMAS KELLER RESTAURANT GROUP", a foreign corporation; and KVP, LP d.b.a. "BOUCHON AT THE VENETIAN," a foreign Limited Liability Company;<br><br>Defendants. | CASE NO.: 2:20-cv-02113-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 7-1, Plaintiff Fernando Haro III, *in proper person*, and Defendants KRM, Inc, d.b.a Thomas Keller Restaurant Group ("KRM") and KVP, LP d.b.a. Bouchon at the Venetian ("Bouchon") (collectively, "Defendants"), by and through their attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby stipulate and agree as follows:

1.  On March 30, 2022, this Court issued an Order deciding Defendants' two Special Motions to Dismiss [ECF Nos. 26, 27].

2.  In that Order, this Court ordered that Plaintiff Fernando Haro III may file an amended complaint by April 29, 2022 [ECF No. 79].

3.  Due to illness, Plaintiff is unable to file his amended complaint by April 29, 2022.

1

4. Plaintiff requests a one (1) week extension to May 6, 2022, to file his amended complaint.

8. There are currently no scheduled hearings in this case and Plaintiff's sought extension will not unduly delay the proceedings.

9. Defendants do not oppose an extension up to and including May 6, 2022.

8. Accordingly, Plaintiff shall have until May 6, 2022, to file his amended complaint pursuant to Court Order dated March 30, 2022 [ECF No. 79].

DATED this 29th day of April 2022

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*
_____
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*KRM, Inc, d.b.a. Thomas Keller Restaurant Group and KVP, LP d.b.a. Bouchon at the Venetian*

DATED this 29th day of April 2022

**FERNANDO HARO III**

*/s/ Fernando Haro*
_____
FERNANDO HARO III
P.O. Box 81972
Las Vegas, NV 89180
*Plaintiff in Proper Person*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: May 3, 2022

2