ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
　　　　 dwrenn@grsm.com

*Attorneys for Defendants,*
*KRM, Inc. dba Thomas Keller Restaurant Group and KVP, LP dba Bouchon at the Venetian*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO HARO III, an individual, | CASE NO.: 2:20-cv-02113-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT** (*First Request*) |
| vs. | |
| KRM, INC. d.b.a THOMAS KELLER RESTAURANT GROUP, a Foreign Corporation; and KVP, LP d.b.a "BOUCHON AT THE VENETIAN", a Foreign Limited Liability Company, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1 and 7-1, Plaintiff Fernando Haro, III, appearing in *pro se* ("Plaintiff") and Defendants KRM, Inc. dba Thomas Keller Restaurant Group ("KRM") and KVP, LP dba Bouchon at the Venetian ("Bouchon") (collectively "Defendants") by and through their counsel Dione C. Wrenn, Esq., of the law firm Gordon Rees Scully Mansukhani LLP (collectively, the "Parties") hereby stipulate and agree to extend the time for Defendants to file their response(s) to Plaintiff's Third Amended Complaint [ECF No. 85] from May 20, 2022 to **June 3, 2022**.

Defendants request additional time in order to sufficiently address the numerous additional causes of action and 210 allegations pled in Plaintiff's Third Amended Complaint.

Further, the parties are in the midst of settlement negotiations and wish to avoid unnecessary expenditures. Plaintiff does not oppose Defendants' requested extension.

Accordingly, Defendants shall have until **June 3, 2022** to file their response(s) to Plaintiff's Third Amended Complaint.

**IT IS SO STIPULATED.**

DATED this 27th day of May 2022.                    DATED this 27th day of May 2022.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*                                            */s/ Fernando Haro*
ROBERT S. LARSEN, ESQ.                              FERNANDO HARO, III
Nevada Bar No. 7785                                         PO Box 81972
DIONE C. WRENN, ESQ.                                  Las Vegas, NV 89180
Nevada Bar No. 13285                                       *Plaintiff in Pro Se*
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*KRM, Inc. dba Thomas Keller Restaurant*
*Group and KVP, LP dba Bouchon at the*
*Venetian*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 3, 2022

-2-